IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>U.S.A. FLORAL PRODUCTS, INC., *et al.*,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-1230 (MFW)<br>(Jointly Administered) |
| ROBERT F. TROISIO, Plan Administrator Pursuant to the Amended Joint Plan of Liquidation for the Estate of USA FLORAL PRODUCTS, INC. and its affiliate debtors,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>ROBERT POIRIER, VINCENT W. EADES, EDWARD J. MATHIAS, GUSTAVO MORENO, and JONATHAN LEDECKY,<br><br>　　　　　　　　Defendants. | Civil Action No. 05-00039-KAJ<br><br>[previously Adv. Proc. No. 03-52514 (MFW)]<br><br><br>**[Related to Docket No. 7]** |

## AFFIDAVIT OF SERVICE

Marlene Chappe, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., counsel for the Defendants, in the above-captioned action, and that on the 5th of July 2005, she caused a true and correct copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

**　　　　　　[SIGNED] ORDER GRANTING MOTION TO WITHDRAW
　　　　　　REFERENCE**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Marlene Chappe

Sworn to and subscribed before
me this 5th day of July 2005

_____
Notary Public
My Commission Expires: 11/4/05

MARY E. CORCORAN
STATE OF DELAWARE
NOTARY PUBLIC
My Commission Expires Nov. 4, 2005

70912-001\DOCS_DE:109628.1