UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| U.S.A. FLORAL PRODUCTS, INC., | ) | Case No. 01-1230 (MFW) |
| et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| _____ | ) | Adv. Proc. No. 03-52514-MFW |
| | ) | |
| ROBERT F. TROISIO, Plan Administrator | ) | |
| pursuant to the Amended Joint Plan of | ) | Civil Action No. 05-00039-KAJ |
| Liquidation for the Estate of USA FLORAL | ) | |
| PRODUCTS, INC. and its affiliate debtors, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT POIRIER, VINCENT W. | ) | |
| EADES, EDWARD J. MATHIAS, | ) | |
| GUSTAVO MORENO, and JONATHAN | ) | |
| LEDECKY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF CHANGE OF ADDRESS

Bales & Sommers, P.A., Co-counsel for the Plaintiff, hereby gives notice of the following change of address:

One Biscayne Tower, Suite 1881
2 South Biscayne Boulevard
Miami, Florida 33131

The telephone number, facsimile number, and e-mail addresses remain unchanged.

Dated this 29th day of July, 2005.

        Respectfully Submitted,

        BILZIN SUMBERG BAENA
        PRICE & AXELROD LLP

        Mindy A. Mora
        Florida Bar No. 678910
        (admitted *pro hac vice*)
        Michael C. Foster
        Florida Bar No. 0042765
        (admitted *pro hac vice*)
        2500 Wachovia Financial Center
        200 South Biscayne Boulevard
        Miami, Florida 33131-2336
        Telephone: (305) 374-7580
        Facsimile: (305) 374-7593
        Counsel for the Plaintiff

        -and-

        BALES & SOMMERS, P.A.
        Mara Beth Sommers
        Florida Bar No. 291013
        One Biscayne Tower, Suite 1881
        2 South Biscayne Boulevard
        Miami, Florida 33131
        Telephone: (305) 372-1200
        Facsimile: (305) 372-9008
        Co-counsel for the Plaintiff

        -and-

        FERRY, JOSEPH & PEARCE, P.A.

        /s/ Theodore J. Tacconelli
        Theodore J. Tacconelli (No. 2678)
        824 Market Street, Suite 904
        P.O. Box 1351
        Wilmington, Delaware 19899
        Telephone: (320) 575-1555
        Local Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I, hereby certify that on July 29, 2005, I electronically filed a Notice of Change of Address with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Laura Davis Jones, Esq.
Curtis A. Hehn, Esq.
Pachulski, Stang, Ziehl, Young, Jones,
& Weintraub, P.C.
919 Market Street, 16th Floor
Wilmington, DE 19899

I, hereby certify that on July 29, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Jeffrey S. Powell, Esq.
David B. Florenzo, Esq.
Kirkland & Ellis
655 15th Street, NW
Washington, D.C. 20005

Tracy Nichols, Esq.
Barbra Parlin, Esq.
Holland & Knight LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

/s/ Theodore J. Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street
(302) 575-1555
ttacconelli@ferryjoseph.com