## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

October 18, 2005

Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
824 N. Market Street - #904
Wilmington, DE  19801

Curtis A. Hehn, Esq.
Pachulski, Stang, Ziehl, Young &
  Jones, P.C.
919 N. Market Street - #1600
Wilmington, DE  19801

Re:  Robert F. Troisio v. Robert Poirier, et al.
     Civil Action No. 05-39-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court