THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>U.S.A. FLORAL PRODUCTS, INC., et al.,<br><br>      Debtors.<br><br>ROBERT F. TROISIO, Plan Administrator pursuant to the Amended Joint Plan of Liquidation for the estate of USA FLORAL PRODUCTS, INC. and its affiliate debtors,<br><br>      Plaintiff,<br><br>vs.<br><br>ROBERT POIRIER, VINCENT W. EADES, EDWARD J. MATHIAS, GUSTAVO MORENO, and JONATHAN LEDECKY,<br><br>      Defendants. | Chapter 11<br>Bankruptcy Case No. 01-1230 (MFW)<br><br><br><br><br>Adversary Proceeding No. 03-52514<br><br>Civil Action No. 05-00039-KAJ |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Benjamin Gipson to represent defendants in this matter.

Date: October __19__, 2005

                                                Pachulski, Stang, Ziehl, Young, Jones
                                                & Weintraub, P.C.

                                                Laura Davis Jones (Bar No. 2436)
                                                919 North Market Street, 16th Floor
                                                P.O. Box 8705
                                                Wilmington, DE  19801

                                                Attorney for:  Defendants

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: October 19, 2005

_____
Kirkland & Ellis, LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, D.C.  20005

2

70912-001\DOCS_DE:110492.1