IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| U.S.A. FLORAL PRODUCTS, INC., et al., | ) | Case No. 01-1230 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| ROBERT F. TROISIO, Plan Administrator | ) | Adv. Proc. No. 03-52514 |
| Pursuant to the Amended Joint Plan of | ) | |
| Liquidation for the Estate of USA FLORAL | ) | |
| PRODUCTS, INC. and its affiliate debtors, | ) | Civil Action No. 05-00039 (KAJ) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT POIRIER, VINCENT W. EADES, | ) | |
| EDWARD J. MATHIAS | ) | |
| GUSTAVO MORENO, AND | ) | |
| JONATHAN LEDECKY | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Curtis A. Hehn, hereby certify that on the 20th day of October, 2005, I caused a copy of the following document(s) to be served upon the following service list(s) in the manner indicated:

1.   **Motion and Order for Admission Pro Hac Vice (Benjamin Gipson)**

_____
Curtis A. Hehn (Bar No. 4264)

70912-001\DOCS_DE:112426.2

U.S.A. Floral Products, Inc.
Adversary Matter 03-52514
**Plan Admin v. Poirier,** *et al.*
Document No. 76583
**02 – Hand Delivery**
**04 – First Class Mail**

**Hand Delivery**
Joseph McMahon, Jr., Esquire
Office of United States Trustee
844 King St., Room 2311
Wilmington, DE  19801

**Hand Delivery**
*(Counsel for Plaintiff)*
Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, PA
824 Market Street, Suite 904
PO Box 1351
Wilmington, DE  19899

**First Class Mail**
*(Counsel for Plaintiff)*
Mindy A. Mora, Esquire
Michael C. Foster, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

**First Class Mail**
*(Counsel for Plaintiff)*
Mara Beth Sommers, Esquire
Bales & Sommers, PA
601 Brickell Key Drive, Suite 7902
Miami, FL  33131

**First Class Mail**
*(Counsel for Defendants)*
Jeffrey S. Powell, Esquire
David B. Florenzo, Esquire
Kirkland & Ellis
655 15th Street, NW
Washington, DC  20005

**First Class Mail**
*(Counsel for Defendants)*
Tracy Nichols, Esquire
Holland & Knight LLP
701 Brickell Avenue, Suite 300
Miami, FL  31331