UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| U.S.A. FLORAL PRODUCTS, INC., ) | Case No. 01-1230 (MFW) |
| et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Adv. Proc. No. 03-52514-MFW |
| ) | |
| ROBERT F. TROISIO, Plan Administrator ) | |
| pursuant to the Amended Joint Plan of ) | Civil Action No. 05-00039-KAJ |
| Liquidation for the Estate of USA FLORAL ) | |
| PRODUCTS, INC. and its affiliate debtors, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT POIRIER, VINCENT W. ) | |
| EADES, EDWARD J. MATHIAS, ) | |
| GUSTAVO MORENO, and JONATHAN ) | |
| LEDECKY, ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certifications (Exhibit "A"), counsel moves the admissions *pro hac vice* of Mara Beth Sommers, Esquire, Mindy A. Mora, Esquire and Michael C. Foster, Esquire, to represent the Plaintiff in this matter.

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555
Dated: November 2, 2005    Local Counsel for Plaintiff

# EXHIBIT A

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standard Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

DATED: October 26, 2005

Mindy A. Mora (Fl. Bar No. 678910)
BILZIN SUMBERG BAENA PRICE
  & AXELROD, LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580
           Facsimile: (305) 374-7593

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standard Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

DATED: October 27th, 2005

Michael C. Foster (Fl. Bar No. 0042765)
BILZIN SUMBERG BAENA PRICE
 & AXELROD, LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standard Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

DATED: October 25, 2005

*Mara Beth Sommers*
Mara Beth Sommers (Fl. Bar No. 291013)
BALES & SOMMERS, P.A.
One Biscayne Tower, Suite 1881
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 372-1200
Facsimile: (305) 372-9008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| U.S.A. FLORAL PRODUCTS, INC., et al., | ) ) ) | Case No. 01-1230 (MFW)<br>Chapter 11 |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) ) | Adv. Proc. No. 03-52514-MFW |
| ROBERT F. TROISIO, Plan Administrator pursuant to the Amended Joint Plan of Liquidation for the Estate of USA FLORAL PRODUCTS, INC. and its affiliate debtors, | ) ) ) ) ) ) | Civil Action No. 05-00039-KAJ |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| ROBERT POIRIER, VINCENT W. EADES, EDWARD J. MATHIAS, GUSTAVO MORENO, and JONATHAN LEDECKY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* of Mara Beth Sommers, Esquire, Mindy A. Mora, Esquire and Michael C. Foster, Esquire is granted.

DATED: _____            _____
                                                          United States District Judge

## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of this *Motion And Order For Admissions pro hac vice of Mara Beth Sommers, Esquire, Mindy A. Mora, Esquire and Michael C. Foster* was made on November 2, 2005, upon the following parties in the manner indicated:

### BY HAND DELIVERY

Laura Davis Jones, Esq.
Christopher J, Lhulier, Esq.
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones,
   & Weintraub, P.C.
919 Market Street, 16th Floor
Wilmington, DE 19899

### BY FIRST CLASS MAIL

Jeffrey S. Powell, Esq.
David B. Florenzo, Esq.
Kirkland & Ellis
655 15th Street, NW
Washington, D.C. 20005

Tracy Nichols, Esq.
Holland & Knight LLP
701 Brickell Avenue
Suite 3000
Miami, FL 33131

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
THEODORE J. TACCONELLI, ESQ.