

**PACHULSKI STANG ZIEHL YOUNG JONES WEINTRAUB**

LAW OFFICES
PROFESSIONAL CORPORATION
WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY

919 NORTH MARKET STREET
16th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

Curtis A. Hehn                November 4, 2005                chehn@pszyjw.com
                                                              (302) 778-6461

**VIA HAND DELIVERY AND ECF FILING**

The Honorable Kent A. Jordan
United States District Court for the District Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 6325
Lockbox 10
Wilmington, DE 19801

    Re:    **Robert F. Troisio v. Robert Poirier, et al.
             Civil Action No. 05-39-KAJ**

Dear Judge Jordan:

    Attached hereto is a copy of the proposed Scheduling Order for the above-referenced litigation pending before Your Honor. The proposed Scheduling Order contains the dates that the parties recommend be adopted, and which will be the subject of the November 9, 2005 telephonic conference call before Your Honor.

                                  Respectfully submitted,

                                  Curtis A. Hehn

CH:le
Attachment

cc:    Laura Davis Jones, Esquire (via hand delivery)
       Joseph McMahon, Jr., Esquire (via hand delivery)
       Theodore J. Tacconelli, Esquire (via hand delivery)
       Mindy A. Mora, Esquire (via overnight mail)
       Michael C. Foster, Esquire (via overnight delivery)
       Mara Beth, Esquire (via overnight mail)
       Jeffrey S. Powell, Esquire (via overnight mail)
       David B. Florenzo, Esquire (via overnight mail)

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
THREE EMBARCADERO CENTER
SUITE 1020
SAN FRANCISCO
CALIFORNIA 94111-4023

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

NEW YORK
461 FIFTH AVENUE
25th FLOOR
NEW YORK
NEW YORK 10017-6234

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszyjw.com

70912-001\DOCS_DE:112798.1