

**PACHULSKI**
**STANG**
**ZIEHL**
**YOUNG**
**JONES**
**WEINTRAUB**

LAW OFFICES
PROFESSIONAL CORPORATION
WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY

919 NORTH MARKET STREET
16th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
THREE EMBARCADERO CENTER
SUITE 1020
SAN FRANCISCO
CALIFORNIA 94111-4023

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

NEW YORK
461 FIFTH AVENUE
25th FLOOR
NEW YORK
NEW YORK 10017-6234

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszyjw.com

Curtis A. Hehn

November 10, 2005

chehn@pszyjw.com
(302) 778-6461

**VIA HAND DELIVERY AND ECF FILING**

The Honorable Kent A. Jordan
United States District Court for the District Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 6325
Lockbox 10
Wilmington, DE 19801

    Re:   **Robert F. Troisio v. Robert Poirier, et al.**
            **Civil Action No. 05-39-KAJ**

Dear Judge Jordan:

    Attached hereto is a copy of the final version of the proposed Scheduling Order (the "Order") for the above-referenced litigation pending before Your Honor. This final version of the Order contains the dates provided to us by the Court and has been agreed to by the parties. The parties respectfully request that the Court enter the Order at its earliest convenience.

    Respectfully submitted,

    Curtis A. Hehn

CH:le
Attachment

cc:   Laura Davis Jones, Esquire (via hand delivery)
       Joseph McMahon, Jr., Esquire (via hand delivery)
       Theodore J. Tacconelli, Esquire (via hand delivery)
       Mindy A. Mora, Esquire (via first class mail)
       Michael C. Foster, Esquire (via first class delivery)
       Mara Beth, Esquire (via first class mail)
       Jeffrey S. Powell, Esquire (via first class mail)
       David B. Florenzo, Esquire (via first class mail)

70912-001\DOCS_DE:112798.2