IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| U.S.A. FLORAL PRODUCTS INC., et al. | ) | Case No. 01-1230 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |
| ROBERT F. TROISIO, Plan | ) | |
| Administrator pursuant to the Amended | ) | |
| Joint Plan of Liquidation for the estate of | ) | |
| USA Floral Products Inc. And its affiliate | ) | |
| debtors, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-39-KAJ |
| | ) | |
| ROBERT POIRIER, VINCENT W. | ) | |
| EADES, EDWARD J. MATHIAS, | ) | |
| GUSTAVO MORENO and | ) | |
| JONATHAN J. LEDECKY, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Curtis A. Hehn, hereby certify that on the 10th day of November, 2005, I caused a copy

of the following document(s) to be served on the individuals on the attached service list(s) in the

manner indicated:

**Letter to Honorable Kent A. Jordan from Curtis A. Hehn, Esquire
Regarding Proposed Scheduling Order; and**

70912-001\DOCS_DE:112962.1

**Proposed Scheduling Order.**

Curtis A. Hehn (Bar No. 4264)

(USA Floral—main case)
Robert Troisio Plan Administrator v. Poirier, et al.
USDC, DE, Civil Action No. 05-39-KAJ
Document No. 112961
02 – Hand Delivery
04– First Class Mail


(Counsel for Defendants)
Laura Davis Jones, Esquire
Curtis A. Hehn, Esquire
Pachulski, Stang, Ziehl Young & Jones, Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Hand Delivery**
Joseph McMahon, Jr., Esquire
Office of United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Plaintiff)
Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, PA
824 Market Street, Suite 904
Wilmington, DE  19899

**First Class Mail**
(Counsel for Plaintiff)
Mindy A. Mora, Esquire
Michael C. Foster, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

**First Class Mail**
 (Counsel for Plaintiff)
Mara Beth Sommers, Esquire
Bales & Sommers, PA
One Biscayne Tower, Suite 1881
2 South Biscayne Boulevard
Miami, FL  33131

**First Class Mail**
 (Counsel for Defendants)
Jeffrey S. Powell, Esquire
David B. Florenzo, Esquire
Kirkland & Ellis
655 15th Street, NW
Washington, DC  20005

**First Class Mail**
 (Counsel for Defendant Vincent W. Eades)
Tracy A. Nichols, Esquire
Holland & Knight LLP
701 Brickell Avenue, Suite 3000
Miami, FL  33131