IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| U.S.A. FLORAL PRODUCTS, INC., *et al.*, | Case No. 01-1230 (MFW) |
| Debtors. | (Jointly Administered) |
| ROBERT F. TROISIO, Plan Administrator Pursuant to the Amended Joint Plan of Liquidation for the Estate of USA FLORAL PRODUCTS, INC. and its affiliate debtors, | Civil Action No. 05-00039-KAJ |
| Plaintiff, | |
| v. | **[Related to Docket No. 20]** |
| ROBERT POIRIER, VINCENT W. EADES, EDWARD J. MATHIAS, GUSTAVO MORENO, and JONATHAN LEDECKY, | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

Marlene Chappe, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., counsel

for the Defendants, in the above-captioned action, and that on the 15th of November 2005 she

caused a copy of the following document(s) to be served upon the attached service list(s) in the

manner indicated:

**TRIAL MANAGEMENT ORDER**

Marlene Chappe

Sworn to and subscribed before
me this 16th day of November 2005

Notary Public
My Commission Expires: 02/11/06

HOLLY T. WALSH
Notary Public - Delaware
My Comm. Expires Feb. 11, 2006

70912-001\DOCS_DE:109628.1

**Troisio v. Poirier**
USDC, DE, Civil Action No. 05-39-KAJ
Document No. 112961
02 – Hand Delivery
04 – First Class Mail

(Counsel for Defendants)
Laura Davis Jones, Esquire
Curtis A. Hehn, Esquire
Pachulski, Stang, Ziehl Young & Jones, Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Hand Delivery**
Joseph McMahon, Jr., Esquire
Office of United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Plaintiff)
Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, PA
824 Market Street, Suite 904
Wilmington, DE 19899

**First Class Mail**
(Counsel for Plaintiff)
Mindy A. Mora, Esquire
Michael C. Foster, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

**First Class Mail**
 (Counsel for Plaintiff)
Mara Beth Sommers, Esquire
Bales & Sommers, PA
One Biscayne Tower, Suite 1881
2 South Biscayne Boulevard
Miami, FL 33131

**First Class Mail**
 (Counsel for Defendants)
Jeffrey S. Powell, Esquire
David B. Florenzo, Esquire
Kirkland & Ellis
655 15th Street, NW
Washington, DC 20005

**First Class Mail**
 (Counsel for Defendant Vincent W. Eades)
Tracy A. Nichols, Esquire
Holland & Knight LLP
701 Brickell Avenue, Suite 3000
Miami, FL  33131