UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| U.S.A. FLORAL PRODUCTS, INC., ) | Case No. 01-1230 (MFW) |
| et al., ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Adv. Proc. No. 03-52514-MFW |
| _____) | |
| ) | |
| ROBERT F. TROISIO, Plan Administrator ) | |
| pursuant to the Amended Joint Plan of ) | Civil Action No. 05-00039-KAJ |
| Liquidation for the Estate of USA FLORAL ) | |
| PRODUCTS, INC. and its affiliate debtors, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT POIRIER, VINCENT W. ) | |
| EADES, EDWARD J. MATHIAS, ) | |
| GUSTAVO MORENO, and JONATHAN ) | |
| LEDECKY, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that, pursuant to Local Rule 5.4, two copies of **Plaintiff's Initial Disclosures Pursuant to Rule 26 (a)(1), Fed. R. Civ. P.** were served on November 29, 2005, upon the following parties in the manner indicated below:

**BY HAND DELIVERY**

Laura Davis Jones, Esq.
Curtis A. Hehn, Esq.
Pachulski, Stang, Ziehl, Young, Jones,
   & Weintraub, P.C.
919 Market Street, 16th Floor
Wilmington, DE 19899

**BY FIRST CLASS MAIL**

Jeffrey S. Powell, Esq.
David B. Florenzo, Esq.
Kirkland & Ellis
655 15th Street, NW
Washington, D.C. 20005

Tracy Nichols, Esq.
Holland & Knight LLP
701 Brickell Avenue
Suite 3000
Miami, FL 33131

Dated this 29th day of November, 2005.

                Respectfully Submitted,

                BILZIN SUMBERG BAENA
                PRICE & AXELROD LLP

                Mindy A. Mora
                Florida Bar No. 678910
                (admitted *pro hac vice*)
                Michael C. Foster
                Florida Bar No. 0042765
                (admitted *pro hac vice*)
                2500 Wachovia Financial Center
                200 South Biscayne Boulevard
                Miami, Florida 33131-2336
                Telephone: (305) 374-7580
                Facsimile: (305) 374-7593
                Counsel for the Plaintiff

                    -and-

                BALES & SOMMERS, P.A.
                Mara Beth Sommers
                Florida Bar No. 291013
                One Biscayne Tower, Suite 1881
                2 South Biscayne Boulevard
                Miami, Florida 33131
                Telephone: (305) 372-1200
                Facsimile: (305) 372-9008
                Co-counsel for the Plaintiff

                    -and-

                FERRY, JOSEPH & PEARCE, P.A.

                /s/ Theodore J. Tacconelli
                Theodore J. Tacconelli (No. 2678)
                824 Market Street, Suite 904
                P.O. Box 1351
                Wilmington, Delaware 19899
                Telephone: (320) 575-1555
                Local Counsel for the Plaintiff

**CERTIFICATE OF SERVICE**

I, hereby certify that on November 29, 2005, I electronically filed a Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Laura Davis Jones, Esq.
Curtis A. Hehn, Esq.
Pachulski, Stang, Ziehl, Young, Jones,
　& Weintraub, P.C.
919 Market Street, 16th Floor
Wilmington, DE 19899

I, hereby certify that on November 29, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Jeffrey S. Powell, Esq.
David B. Florenzo, Esq.
Kirkland & Ellis
655 15th Street, NW
Washington, D.C. 20005

Tracy Nichols, Esq.
Holland & Knight LLP
701 Brickell Avenue
Suite 3000
Miami, FL 33131

　　　　　　　　　　　　　　　　　/s/ Theodore J. Tacconelli
　　　　　　　　　　　　　　　　　Ferry, Joseph & Pearce, P.A.
　　　　　　　　　　　　　　　　　824 Market Street
　　　　　　　　　　　　　　　　　(302) 575-1555
　　　　　　　　　　　　　　　　　ttacconelli@ferryjoseph.com