IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>U.S.A. FLORAL PRODUCTS, INC., *et al.*,<br><br>      Debtors. | Chapter 11<br><br>Case No. 01-1230 (MFW)<br>(Jointly Administered) |
| ROBERT F. TROISIO, Plan Administrator Pursuant to the Amended Joint Plan of Liquidation for the Estate of USA FLORAL PRODUCTS, INC. and its affiliate debtors,<br><br>      Plaintiff,<br>v.<br><br>ROBERT POIRIER, VINCENT W. EADES, EDWARD J. MATHIAS, GUSTAVO MORENO, and JONATHAN LEDECKY,<br><br>      Defendants. | Civil Action No. 05-00039-KAJ |

## CERTIFICATE OF SERVICE

I, Curtis A. Hehn, hereby certify that on the 5th day of December, 2005, I caused a true and correct copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

  1. **DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES;**

  2. **NOTICE OF SERVICE OF DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES**

                  */s/ Curtis A. Hehn*
                  Curtis A. Hehn (Bar No. 4264)

70912-001\DOCS_DE:113438.1

**Troisio v. Poirier**
USDC, DE, Civil Action No. 05-39-KAJ
Document No. 112961
02 – Hand Delivery
04 – First Class Mail

(Counsel for Defendants)
Laura Davis Jones, Esquire
Curtis A. Hehn, Esquire
Pachulski, Stang, Ziehl Young & Jones, Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Hand Delivery**
Joseph McMahon, Jr., Esquire
Office of United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801

**Hand Delivery**
(Counsel for Plaintiff)
Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, PA
824 Market Street, Suite 904
Wilmington, DE 19899

**First Class Mail**
(Counsel for Plaintiff)
Mindy A. Mora, Esquire
Michael C. Foster, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

**First Class Mail**
(Counsel for Plaintiff)
Mara Beth Sommers, Esquire
Bales & Sommers, PA
One Biscayne Tower, Suite 1881
2 South Biscayne Boulevard
Miami, FL 33131

**First Class Mail**
(Counsel for Defendants)
Jeffrey S. Powell, Esquire
David B. Florenzo, Esquire
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005

**First Class Mail**
(Counsel for Defendant Vincent W. Eades)
Tracy A. Nichols, Esquire
Holland & Knight LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131