UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| U.S.A. FLORAL PRODUCTS, INC., ) | Case No. 01-1230 (MFW) |
| et al., ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Adv. Proc. No. 03-52514-MFW |
| _____) | |
| ) | |
| ROBERT F. TROISIO, Plan Administrator ) | |
| pursuant to the Amended Joint Plan of ) | Civil Action No. 05-00039-KAJ |
| Liquidation for the Estate of USA FLORAL ) | |
| PRODUCTS, INC. and its affiliate debtors, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT POIRIER, VINCENT W. ) | |
| EADES, EDWARD J. MATHIAS, ) | |
| GUSTAVO MORENO, and JONATHAN ) | |
| LEDECKY, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that, pursuant to Local Rule 5.4, two copies of **Plaintiff's First Request For Production To All Defendants** were served on December 9, 2005, upon the following parties in the manner indicated below:

**BY HAND DELIVERY**

Laura Davis Jones, Esq.
Curtis A. Hehn, Esq.
Pachulski, Stang, Ziehl, Young, Jones,
   & Weintraub, P.C.
919 Market Street, 16th Floor
Wilmington, DE 19899

**BY FIRST CLASS MAIL**

Jeffrey S. Powell, Esq.
David B. Florenzo, Esq.
Kirkland & Ellis
655 15th Street, NW
Washington, D.C. 20005

Tracy Nichols, Esq.
Holland & Knight LLP
701 Brickell Avenue
Suite 3000
Miami, FL 33131

Dated this 9th day of December, 2005.

          Respectfully Submitted,

          BILZIN SUMBERG BAENA
          PRICE & AXELROD LLP

          Mindy A. Mora
          Florida Bar No. 678910
          (admitted *pro hac vice*)
          Michael C. Foster
          Florida Bar No. 0042765
          (admitted *pro hac vice*)
          2500 Wachovia Financial Center
          200 South Biscayne Boulevard
          Miami, Florida 33131-2336
          Telephone: (305) 374-7580
          Facsimile: (305) 374-7593
          Counsel for the Plaintiff

          -and-

          BALES & SOMMERS, P.A.
          Mara Beth Sommers
          Florida Bar No. 291013
          One Biscayne Tower, Suite 1881
          2 South Biscayne Boulevard
          Miami, Florida 33131
          Telephone: (305) 372-1200
          Facsimile: (305) 372-9008
          Co-counsel for the Plaintiff

          -and-

          FERRY, JOSEPH & PEARCE, P.A.

          /s/ Theodore J. Tacconelli
          Theodore J. Tacconelli (No. 2678)
          824 Market Street, Suite 904
          P.O. Box 1351
          Wilmington, Delaware 19899
          Telephone: (320) 575-1555
          Local Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2005, I electronically filed the foregoing *Notice of Service* with the Clerk of Court using the CM/ECF which will send notification of such filings to the following:

Laura Davis Jones, Esq.
Curtis A. Hehn, Esq.
Pachulski, Stang, Ziehl, Young, Jones,
& Weintraub, P.C.
919 Market Street, 16th Floor
Wilmington, DE 19899

I hereby certify that on December 9, 2005, I have mailed, by United States Postal Service, the document to the following non-registered participant:

David B. Florenzo, Esq.
Kirkland & Ellis
655 15th Street, NW
Washington, D.C. 20005

Tracy Nichols, Esq.
Barbra Parlin, Esq.
Holland & Knight LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555
ttacconelli@ferryjoseph.com