IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>U.S.A. FLORAL PRODUCTS, INC., *et al.*,<br><br>                   Debtors. | Chapter 11<br><br>Case No. 01-1230 (MFW)<br>(Jointly Administered) |
| ROBERT F. TROISIO, Plan Administrator Pursuant to the Amended Joint Plan of Liquidation for the Estate of USA FLORAL PRODUCTS, INC. and its affiliate debtors,<br><br>                   Plaintiff,<br>v.<br><br>ROBERT POIRIER, VINCENT W. EADES, EDWARD J. MATHIAS, GUSTAVO MORENO, and JONATHAN LEDECKY,<br><br>                   Defendants. | Civil Action No. 05-00039-KAJ |

### NOTICE OF SERVICE OF DEFENDANTS' RESPONSE
### TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION

I, Curtis A. Hehn, hereby certify, that a true and correct copy of *Defendants'*

*Response to Plaintiff's First Request for Production* was served on January 9, 2006, on the

individuals listed, and in the manner indicated in <u>Exhibit A</u> atttached hereto.

Dated: January 9, 2006

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

*/s/ Curtis A. Hehn*

Laura Davis Jones (Bar No. 2436)
Curtis A. Hehn (Bar No. 4264)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

KIRKLAND & ELLIS LLP
David B. Florenzo
655 15th Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

HOLLAND & KNIGHT LLP
Tracy Nichols
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799 Fax

Attorneys for Defendants Robert Poirer, Vincent W. Eades, Edward J. Mathias, Gustavo Moreno and Jonathan Ledecky