UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| U.S.A. FLORAL PRODUCTS, INC., et al., | ) ) | Case No. 01-1230 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Adv. Proc. No. 03-52514-MFW |
| ——————————————— | ) | |
| | ) | |
| ROBERT F. TROISIO, Plan Administrator pursuant to the Amended Joint Plan of Liquidation for the Estate of USA FLORAL PRODUCTS, INC. and its affiliate debtors, | ) ) ) ) | Civil Action No. 05-00039-KAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT POIRIER, VINCENT W. EADES, EDWARD J. MATHIAS, GUSTAVO MORENO, and JONATHAN LEDECKY, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| ——————————————— | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that, pursuant to Local Rule 5.4, two copies of **Plaintiff's**

**Response to Defendants' First Request For Production of Documents and Things** were served

on January 17, 2006, upon the following parties in the manner indicated below:

## BY HAND DELIVERY

Laura Davis Jones, Esq.
Curtis A. Hehn, Esq.
Pachulski, Stang, Ziehl, Young, Jones,
   & Weintraub, P.C.
919 Market Street, 16th Floor
Wilmington, DE 19899

## BY FIRST CLASS MAIL

Jeffrey S. Powell, Esq.
David B. Florenzo, Esq.
Kirkland & Ellis
655 15th Street, NW
Washington, D.C. 20005

Tracy Nichols, Esq.
Holland & Knight LLP
701 Brickell Avenue
Suite 3000
Miami, FL 33131

Dated this 17th day of January, 2006.

                            Respectfully Submitted,

                            BILZIN SUMBERG BAENA
                            PRICE & AXELROD LLP

                            Mindy A. Mora
                            Florida Bar No. 678910
                            (admitted *pro hac vice*)
                            Michael C. Foster
                            Florida Bar No. 0042765
                            (admitted *pro hac vice*)
                            2500 Wachovia Financial Center
                            200 South Biscayne Boulevard
                            Miami, Florida 33131-2336
                            Telephone: (305) 374-7580
                            Facsimile: (305) 374-7593
                            Counsel for the Plaintiff

                                  -and-

                            BALES & SOMMERS, P.A.
                            Mara Beth Sommers
                            Florida Bar No. 291013
                            One Biscayne Tower, Suite 1881
                            2 South Biscayne Boulevard
                            Miami, Florida 33131
                            Telephone: (305) 372-1200
                            Facsimile: (305) 372-9008
                            Co-counsel for the Plaintiff

                                -and-

                            FERRY, JOSEPH & PEARCE, P.A.

                            /s/ Theodore J. Tacconelli
                            Theodore J. Tacconelli (No. 2678)
                            824 Market Street, Suite 904
                            P.O. Box 1351
                            Wilmington, Delaware 19899
                            Telephone:  (320) 575-1555
                            Local Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2006, I electronically filed the foregoing *Notice of Service* with the Clerk of Court using the CM/ECF which will send notification of such filings to the following:

Laura Davis Jones, Esq.
Curtis A. Hehn, Esq.
Pachulski, Stang, Ziehl, Young, Jones,
& Weintraub, P.C.
919 Market Street, 16th Floor
Wilmington, DE 19899

I hereby certify that on January 17, 2006, I have mailed, by United States Postal Service, the document to the following non-registered participant:

David B. Florenzo, Esq.
Kirkland & Ellis
655 15th Street, NW
Washington, D.C. 20005

Tracy Nichols, Esq.
Barbra Parlin, Esq.
Holland & Knight LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555
ttacconelli@ferryjoseph.com