# FERRY, JOSEPH & PEARCE, P.A.

ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER ++
THOMAS R. RIGGS

TELEFAX
(302) 575-1714

www.ferryjoseph.com

ARTHUR F. DiSABATINO
(1938-2001)

(*ALSO PA BAR)
(+ALSO NJ BAR)
(**ALSO FL, MA AND NY BARS)
(++NJ BAR ONLY)

April 4, 2006

**BY HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

  RE:  **Robert F. Troisio, et al. v. Robert Poirier, et al.**
       **C.A. No.: 05-39 KAJ**

Dear Judge Jordan:

Please let this letter serve as the Interim Status Report required by the Scheduling Order entered in this case.

The parties are pleased to report that they have reached a settlement in principle and are now in the process of documenting the settlement. Consequently, the parties request that the Status Conference scheduled for April 11, 2006 at 4:30 p.m. be taken off the Court's calendar. If Your Honor has any questions, counsel will be available at the convenience of the Court.

Respectfully,

THEODORE J. TACCONELLI

TJT/meh
cc: David B. Florenzo, Esq.
    Barbra Parlin, Esq.
    Curtis A. Hehn, Esq.