UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| U.S.A. FLORAL PRODUCTS, INC., et al., | ) ) | Case No. 01-1230 (MFW) Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Adv. Proc. No. 03-52514-MFW |
| | ) | |
| ROBERT F. TROISIO, Plan Administrator pursuant to the Amended Joint Plan of Liquidation for the Estate of USA FLORAL PRODUCTS, INC. and its affiliate debtors, | ) ) ) ) ) | Civil Action No. 05-00039-KAJ |
| Plaintiff, | ) | |
| v. | ) | |
| ROBERT POIRIER, VINCENT W. EADES, EDWARD J. MATHIAS, GUSTAVO MORENO, and JONATHAN LEDECKY, | ) ) ) ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED to and agreed by and between the parties, through their counsel, that the above action be and is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), with all parties to bear their respective fees and costs.

KIRKLAND & ELLIS

Dated: 5/31/06

/s/ David F. Florenzo
David B. Florenzo, Esq.
655 15th Street, NW
Washington, D.C. 20005
Tel: (202) 879-5000

HOLLAND & KNIGHT LLP

Dated: JUNE 7, 2006

*Barbra R. Parlin*
Barbra R. Parlin, Esq.
195 Broadway, 24th Floor
New York, New York 10007
Tel: (212) 513-3200


PACHULSKI, STANG, ZIEHL, YOUNG,
  JONES & WEINTRAUB LLP

Dated: June 7, 2006

*Curtis A. Hehn*
Laura Davis Jones, Esq. (ID #2436)
Curtis A. Hehn, Esq. (ID #4264)
Pachulski, Stang, Ziehl, Young,
  Jones & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 652-4100
Local Counsel for Defendants


FERRY, JOSEPH & PEARCE, P.A.

Dated: June 7, 2006

Theodore J. Tacconelli (ID #2678)
824 Market St., Suite 904
Wilmington, DE 19801
P.O. Box 1351
Tel: (302) 575-1555
Counsel for Plaintiff