IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : |
| U.S.A. FLORAL PRODUCTS INC., et al. | : |
| | : |
| Debtors. | : |
| _____ | : |
| | : |
| ROBERT F. TROISIO, Plan Administrator pursuant to the Amended Joint Plan of Liquidation for the estate of USA Floral Products Inc. and its affiliate debtors, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-39-KAJ |
| | : |
| ROBERT POIRIER, VINCENT W. EADES, EDWARD J. MATHIAS, GUSTAVO MORENO and JONATHAN J. LEDECKY, | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **7th** day of **June, 2006**,

IT IS ORDERED that the mediation conference scheduled for Wednesday, August 2, 2006 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE