UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| U.S.A. FLORAL PRODUCTS, INC., ) | Case No. 01-1230 (MFW) |
| et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ──────────────────────────── ) | Adv. Proc. No. 03-52514-MFW |
| ) | |
| ROBERT F. TROISIO, Plan Administrator ) | |
| pursuant to the Amended Joint Plan of ) | Civil Action No. 05-00039-KAJ |
| Liquidation for the Estate of USA FLORAL ) | |
| PRODUCTS, INC. and its affiliate debtors, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT POIRIER, VINCENT W. ) | |
| EADES, EDWARD J. MATHIAS, ) | |
| GUSTAVO MORENO, and JONATHAN ) | |
| LEDECKY, ) | |
| ) | |
| Defendants. ) | |
| ──────────────────────────── ) | |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED to and agreed by and between the parties, through their counsel, that the above action be and is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), with all parties to bear their respective fees and costs.

KIRKLAND & ELLIS

Dated: 5/31/06

*David F.lorenm* (signature)
David B. Florenzo, Esq.
655 15th Street, NW
Washington, D.C. 20005
Tel: (202) 879-5000

|  |  |
|---|---|
|  | HOLLAND & KNIGHT LLP |
| Dated: JUNE 7, 2006 | *Barbra R. Parlin* <br> Barbra R. Parlin, Esq. <br> 195 Broadway, 24th Floor <br> New York, New York 10007 <br> Tel: (212) 513-3200 |
|  | PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB LLP |
| Dated: June 7, 2006 | *Curtis A. Hehn* <br> Laura Davis Jones, Esq. (ID #2436) <br> Curtis A. Hehn, Esq. (ID #4264) <br> Pachulski, Stang, Ziehl, Young, <br>   Jones & Weintraub LLP <br> 919 N. Market Street, 17th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 652-4100 <br> Local Counsel for Defendants |
|  | FERRY, JOSEPH & PEARCE, P.A. |
| Dated: June 7, 2006 | *[signature]* <br> Theodore J. Tacconelli (ID #2678) <br> 824 Market St., Suite 904 <br> Wilmington, DE 19801 <br> P.O. Box 1351 <br> Tel: (302) 575-1555 <br> Counsel for Plaintiff |

SO ORDERED, this 8th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE

2